IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LORNA MEYER, pleading on her own behalf and on behalf of all other similarly situated consumers, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:17-CV-00213-XR |
| CHRISTUS HEALTH d/b/a TLRA DEBT RECOVERY, | § § § § | |
| Defendants. | § | |

### AGREED MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

COME NOW Lorna Meyer and CHRISTUS Health d/b/a TLRA Debt Recovery (the "Parties"), respectively, and announce to the Court that all matters in controversy between them have been resolved and the Parties mutually seek dismissal with prejudice of all claims asserted in the above-captioned action. The Parties shall bear their own costs of Court, as set forth in the Agreed Final Judgment filed herewith.

Accordingly, the Parties request that the Court enter the Agreed Final Judgment submitted herewith.

Respectfully submitted:

NORTON ROSE FULBRIGHT US LLP

_____
Michael W. O'Donnell
mike.odonnell@nortonrosefulbright.com
Ashley Senary Dahlberg
ashley.dahlberg@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone:   (210) 224-5575
Facsimile:    (210) 270-7205

ATTORNEYS FOR DEFENDANT
CHRISTUS HEALTH D/B/A TLRA DEBT RECOVERY

_____
Daniel Zemel
Zemel Law LLC
78 John Miller Way, Suite 430
Kearny, NJ 07032
Phone: 862-227-3106
dz@zemellawllc.com
*Attorney for Plaintiff*

ATTORNEYS FOR PLAINTIFF
LORNA MEYER

29254861.1

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF-system for the Western District of Texas and that the ECF-system will send a Notice of Electronic Filing to the following counsel of record for Plaintiff on this the 3rd day of January 2018:

>Daniel Zemel
>ZEMEL LAW LLC
>78 John Miller Way, Suite 430
>Kearny, NJ 07032
>Phone: 862-227-3106
>dz@zemellawllc.com
>***Attorney for Plaintiff***

>>/s/ *Ashley Senary Dahlberg*
>>Ashley Senary Dahlberg