FILED

JAN - 8 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| LORNA MEYER, pleading on her own behalf and on behalf of all other similarly situated consumers, § § § § § Plaintiff, § § v. § CHRISTUS HEALTH d/b/a TLRA DEBT § RECOVERY, § § Defendants. § | Civil Action No. 5:17-CV-00213-XR |

### AGREED FINAL JUDGMENT

ON THIS DAY came on to be heard the above-styled and numbered cause. Counsel of record for Lorna Meyer and CHRISTUS Health d/b/a TLRA Debt Recovery (the "Parties"), respectively, announced to the Court that all matters in controversy between them have been resolved and the Parties mutually request dismissal with prejudice of all claims asserted in the above-captioned action. The Parties shall bear their own attorneys' fees and costs of Court.

IT IS THEREFORE ORDERED that Lorna Meyer's causes of action against CHRISTUS Health d/b/a TLRA Debt Recovery are **dismissed with prejudice**, such that Lorna Meyer shall take nothing from Defendant CHRISTUS Health d/b/a TLRA Debt Recovery on account of this civil action.

IT IS FURTHER ORDERED that each Party pay their own attorney's fees and taxable Court costs.

29254851.1

All relief not expressly granted in this Order is DENIED.

Signed and ordered entered this 8th day of January, 2018.

_____
HON. XAVIER RODRIGUEZ

29254861.1